Case 1:26-cv-04408-CM Document 13 Filed 07/13/26 Page 1 of 2

**MARTYN AND ASSOCIATES**
*Attorneys and Counselors at Law*
TENTH FLOOR
820 W. SUPERIOR AVENUE
CLEVELAND, OHIO 44113
*WWW.MARTYNLAWFIRM.COM*

PHONE: (216) 861-4700 FAX: (216) 861-4703

July 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/13/2026

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Extension granted
Colleen McMahon
7/13/2026

**VIA ECF ONLY**

Re: *Calavo Growers, Inc. v. M.O.T.O. Tours, LLC d/b/a Moto Farms, et al.*,
U.S. District Court for the Southern District of New York,
Case No. 1:26-cv-04408-CM

Dear Judge McMahon:

This law firm represents Plaintiff Calavo Growers, Inc. ("Plaintiff") in the above-captioned civil action. Please accept this correspondence as a Letter Motion to respectfully request a sixty (60) day extension of time for the preparation and submission of the Civil Case Management Plan.

Plaintiff commenced this civil action on May 27, 2026 pursuant to the Perishable Agricultural Commodities Act ("PACA") (7 U.S.C. §499) to recover indebtedness against the corporate Defendant M.O.T.O. Tours, LLC d/b/a Moto Farms and its sole owner, individual Defendant Edward Acero (collectively, "Defendants"). Plaintiff immediately retained, and pre-paid for the services of, RUSH Ready Serve to effectuate personal service of the Complaint and Summons upon the Defendants. Unfortunately, to date, Defendants have not yet been served with process, despite undersigned's several follow up communications to the process server.

On June 17, 2026, the Court issued its Order Scheduling An Initial Pretrial Conference ("Order") (Doc. No. 11). The Conference is scheduled for October 22, 2026 at 10:00am before Your Honor. As directed, Plaintiff dutifully served a copy of the Order upon Defendants at their known address in the Bronx and filed a Notice of Service for same (Doc. No. 12). Defendants have not contacted the undersigned. The Order requires the parties to meet, confer, complete, sign and file the Civil Case Management Plan within 30 days of the Order, resulting in a current deadline of July 17, 2026. With the Defendants not yet served, additional time will be needed and is hereby requested.

Case 1:26-cv-04408-CM Document 13 Filed 07/13/26 Page 2 of 2



For the above reasons. Plaintiff respectfully requests a 60-day extension of time, up to and including September 15, 2026, within which to serve the Defendants, allow time for an Answer, if any, and allow time for the preparation and submission of the Civil Case Management Plan. No prior extensions of this deadline or any other deadline has been sought or granted in this case.

Thank you for your courtesy in this matter.

Very truly yours,

*Mark A. Amendola*

Mark A. Amendola
*mamendola@martynlawfirm.com*
Attorney For Plaintiff

MAA/sw