**MARTYN AND ASSOCIATES**
*Attorneys and Counselors at Law*
TENTH FLOOR
820 W. SUPERIOR AVENUE
CLEVELAND, OHIO 44113
*WWW.MARTYNLAWFIRM.COM*

PHONE: (216) 861-4700 FAX: (216) 861-4703

September 11, 2026

DNY
UMENT
CTRONIC LY FILED
C #:
E FILED: 10/6/2026

MEMO ENDORSED

Ok
Colleen McMahon
10/6/2026

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

**VIA ECF ONLY**

Re: *Calavo Growers, Inc. v. M.O.T.O. Tours, LLC d/b/a Moto Farms, et al.*,
U.S. District Court for the Southern District of New York,
Case No. 1:26-cv-04408-CM

Dear Judge McMahon:

This law firm represents Plaintiff Calavo Growers, Inc. ("Plaintiff") in the above-captioned civil action. Please accept this correspondence as a Letter Motion to respectfully request an extension of time for the preparation and submission of the Civil Case Management Plan. One prior request was filed and granted which extended this time from July 17, 2026 to September 15, 2026. Accordingly, this Letter Motion is interposed prior to the deadline sought to be extended.

Despite difficulties and delays with the process server, service of process has now been accomplished on both Defendants. On August 3, 2026, Defendant M.O.T.O. Tours, LLC d/b/a Moto Farms was served with the Summons and Complaint via the New York Secretary of State. The Affidavit of Service was filed with the Court (Doc. No. 15). With regard to Defendant Edward Acero, three separate attempts were made to personally serve him at his residence. When those attempts were unsuccessful, the Summons and Complaint were posted to his front door, and that posting was followed by first class mailing, postage pre-paid. The Affidavit of Service was filed with the Court (Doc. No. 19). Pursuant to NY CPLR §308(4), service by posting and mailing shall become effective ten days after filing the Affidavit of Service, which equates to September 19, 2026, and which then results in an Answer date of October 13, 2026.

The upcoming relevant case dates & deadlines are September 15, 2026 for the Civil Case Management Plan and October 22, 2026 for the Initial Pre-Trial Conference.

Based on the current procedural posture of this case, it very likely appears that we are now, and will continue to be, in a default situation. The corporate defendant has failed to timely Answer the Complaint. The individual defendant has ignored pre-litigation payment demand letters and service copies on this case. and has an Answer date of October 13, 2026. Thereafter, Plaintiff intends to promptly pursue the Clerk's Entry of Default and a Default Judgment against both defendants.

For the above reasons, Plaintiff respectfully requests an extension of time (37 days) up to and including the October 22, 2026 Initial Pretrial Conference date within which to prepare and submit the Civil Case Management Plan. Due to the anticipated default, counsel believes that neither the Civil Case Management Plan nor the scheduled Initial Pretrial Conference will be necessary. Counsel will address the Court Conference by separate Letter Motion at the appropriate time.

Thank you for your courtesy in this matter.

Very truly yours,

*Mark A. Amendola*

Mark A. Amendola
mamendola@martynlawfirm.com
Attorney For Plaintiff

MAA/sw