Case 1:26-cv-04408-CM Document 22 Filed 10/12/26 Page 1 of 2

**MARTYN AND ASSOCIATES**
*Attorneys and Counselors at Law*
TENTH FLOOR
820 W. SUPERIOR AVENUE
CLEVELAND, OHIO 44113
*WWW.MARTYNLAWFIRM.COM*

PHONE: (216) 861-4700 FAX: (216) 861-4703

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

October 12, 2026

OK, conference Cancelled.
Colleen McMahon
10/13/2026

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

**VIA ECF ONLY**

Re: *Calavo Growers, Inc. v. M.O.T.O. Tours, LLC d/b/a Moto Farms, et al.*,
U.S. District Court for the Southern District of New York,
Case No. 1:26-cv-04408-CM

Dear Judge McMahon:

This law firm represents Plaintiff Calavo Growers, Inc. ("Plaintiff") in the above-captioned civil action now pending before Your Honor. Please accept this correspondence as a Letter Motion to respectfully request a cancellation of the October 22, 2026 Initial Pretrial Conference as moot or, in the alternative, a conversion of the Initial Pretrial Conference to a Status Conference to be held by telephone. No prior requests have been made or granted affecting the Initial Pretrial Conference.

The Initial Pretrial Conference was set by Court Order (Doc. No. 11) entered on June 17, 2026, just 3 weeks after commencement of this civil action. Since then, Plaintiff has requested and received additional time to serve both Defendants. Despite difficulties and delays with the process server, service of process has now been accomplished on both Defendants.

On August 3, 2026, Defendant M.O.T.O. Tours, LLC d/b/a Moto Farms was served with the Summons and Complaint via the New York Secretary of State. The Affidavit of Service (Doc. No.15) was filed with the Court. With regard to Defendant Edward Acero, three separate attempts were made to personally serve him at his residence. When those attempts were unsuccessful, the Summons and Complaint were posted to his front door, and that posting was followed by first class mailing, postage pre-paid. The Affidavit of Service (Doc. No. 19) was filed with the Court. Pursuant to NY CPLR §308(4), service by posting and mailing shall become effective ten days after filing the Affidavit of Service, which equates to September 19, 2026, and which then results in an Answer date of October 13, 2026.

Case 1:26-cv-04408-CM Document 22 Filed 10/12/26 Page 2 of 2



Based on the current procedural posture of this case, we are now, and likely will continue to be, in a default situation. The corporate defendant has failed to Answer the Complaint, and the time to do so has expired. The individual defendant has ignored pre-litigation payment demand letters and service copies on this case, and has an Answer date of tomorrow, October 13, 2026. Undersigned counsel has not received any Answers, Motions, requests, or any contact from either defendant, and none is expected. Accordingly, this week, Plaintiff intends to apply for a Certificate of Default from the Clerk's Office as against both defendants.

Because of the default posture of the case, and in the absence of any appearance by the defendants, no Civil Case Management Plan has been able to be prepared.

For the above reasons, Plaintiff respectfully requests either a cancellation of the October 22, 2026 Initial Pretrial Conference as moot or, in the alternative, should the Court wish to hear from counsel, a conversion of that date to a Status Conference to be held by telephone.

Thank you for your courtesy in this matter.

Very truly yours,

*Mark A. Amendola*

Mark A. Amendola
mamendola@martynlawfirm.com
Attorney For Plaintiff

MAA/sw

C.C. (via First Class U.S. Mail, postage pre-paid)
M.O.T.O. Tours, LLC d/b/a Moto Farms, Attn. Registered Agent
Edward Acero, individually